UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-05484-WLH-KS | Date | April 29, 2025 |
|---|---|---|---|
| Title | Christian Waters v. Lockheed Martin Corporation et al | | |

Present: The Honorable **WESLEY L. HSU, United States District Judge**

| Holidae Crawford | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER CONSOLIDATING CASES**

On April 10, 2025, the Court issued minute orders in *Donald Cancinos v. Lockheed Martin Corporation*, 2:24-cv-03071-WLH-KS ("*Cancinos Class*") and *Christian Waters v. Lockheed Martin Corporation et al* expressing the Court's tentative view that *Cancinos Class* and *Waters* should be consolidated and granting parties leave to file supplemental briefing on the topic. (*Cancinos Class*, Docket No. 46; *Waters*, Docket No. 54). Defendant Lockheed Martin, Plaintiff Waters and Plaintiff Cancinos all declined to submit supplemental briefing and noted their non-opposition to the consolidation of *Cancinos Class* and *Waters*. (*Cancinos Class,* Docket Nos. 47, 48; *Waters*, Docket Nos. 55, 56).

    The court hereby **ORDERS** *Donald Cancinos v. Lockheed Martin Corporation*, 2:24-cv-03071-WLH-KS and *Christian Waters v. Lockheed Martin Corporation et al* consolidated pursuant to Federal Rule Civil Procedure Rule 42(a) as both cases involve a common question of law or fact. The clerk is directed to make *Cancinos Class* the lead case and close *Waters*. The Orders to Show Cause in *Cancinos Class* (Docket No. 39)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

and *Waters* (Docket No. 34) are hereby **DISCHARGED.**  The Court **ORDERS** plaintiffs to file an amended, consolidated complaint within 30 days of this order.

**IT IS SO ORDERED.**